UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BRYANT ROGERS, individually,<br><br>        Plaintiff,<br><br>vs.<br><br>CHASE HOME FINANCE, LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO. 1:10-CV-22700-PAS<br><br>**DEFENDANT'S RULE 7.1<br>DISCLOSURE STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, by and through undersigned counsel, Defendant Chase Home Finance, LLC hereby states:

      Chase Home Finance, LLC is an indirect wholly owned subsidiary of JP Morgan Chase & Co., National Association, which is a publicly held corporation.

Respectfully submitted, this 30th day of August, 2010.

                                            GREENBERG TRAURIG, P.A.
                                            Attorneys for Chase Home Finance, LLC
                                            401 East Las Olas Boulevard, Suite 2000
                                            Fort Lauderdale, FL  33301
                                            Telephone:  (954) 765-0500
                                            Telefax:    (954) 765-1477


                                        By:        /s Linda M. Reck
                                                MICHELE L. STOCKER
                                                Florida Bar No. 044105
                                                LINDA M. RECK
                                                Florida Bar No. 0669474

CASE NO. 1:10-CV-22700-PAS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of August, 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically filed Notices of Electronic Filing.

                                                                           s/ Linda M. Reck

## SERVICE LIST

*Rogers v. Chase Home Finance, LLC*
CASE NO. 1:10-CV-22700-PAS
United States District Court, Southern District of Florida

Matthew Militzok, Esq.
Militzok & Levy, P.A.
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, FL 33021
Telephone:  (954) 727-8570
Facsimile:   (954) 241-6857
Attorneys for Plaintiff
Served by Notice of Electronic Filing

Michele L. Stocker, Esq.
Linda M. Reck, Esq.
401 East Las Olas Boulevard
Suite 2000
Fort Lauderdale, Florida 33301
Telephone:  (954) 765-0500
Facsimile:  (954) 765-1477
Attorneys for Defendant
Served by Notice of Electronic Filing

*FTL 107,830,660v1*